**Motion Granted, Appeal Reinstated, and Order filed April 20, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00605-CV
_____

**APACHE CORPORATION, Appellant**

**V.**

**CASTEX OFFSHORE, INC., CASTEX ENERGY, INC., CASTEX ENERGY PARTNERS, L.P., CASTEX ENERGY 2008, LP, AND CASTEX ENERGY DEVELOPMENT FUND, LP, Appellees**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-48580**

## ABATEMENT ORDER

We abated this appeal on March 11, 2021, due to the bankruptcy petition filed by appellee Castex Energy Partners, LLC in the United States Bankruptcy Court for the Southern District of Texas under case number 21-30712, *In re: Castex Energy Partners, LLC, Debtor*. Tex. R. App. P. 8.1. A bankruptcy suspends the appeal from

the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2.

On April 9, 2021, appellant filed a motion to reinstate the appeal because the bankruptcy court had signed an order lifting the automatic stay with respect to this appeal. The order is attached to the motion to reinstate. Appellees filed a response stating they do not oppose reinstatement.

The motion is granted, and the appeal is reinstated.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.